B 1 (Official Form 1) (1/08)

**United States Bankruptcy Court**

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle):<br>Hardy Myrna Michelle | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>M Hardy | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all):<br>1256 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>3 S. Victoria Lane, Streamwood IL<br>ZIP CODE 60107 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Cook | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>N/A | ZIP CODE |

**Type of Debtor** (Form of Organization) (Check one box.)
- ☑ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity** (Check box, if applicable.)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- ☑ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- ☑ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box.)
- ☐ Full Filing Fee attached.
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☑ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**  THIS SPACE IS FOR COURT USE ONLY
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors
| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets
| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities
| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Myrna Hardy | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location<br>Where Filed: N/A | Case Number:<br>N/A | Date Filed: |
| Location<br>Where Filed: N/A | Case Number:<br>N/A | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor:<br>N/A | Case Number:<br>N/A | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>N/A<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X  N/A<br>_____<br>Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

☑  No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑  Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification (11 U.S.C. § 362(l)).

B 1 (Official Form) 1 (1/08) — Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case.)* | Myrna Hardy |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X __Myrna Hardy__ /s/ Myrna Hardy
   Signature of Debtor

X __N/A__
   Signature of Joint Debtor

Telephone Number (if not represented by attorney)
8472043219
Date  12-1-09

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
   (Signature of Foreign Representative)

   _____
   (Printed Name of Foreign Representative)

   _____
   Date

### Signature of Attorney*

X __N/A__
   Signature of Attorney for Debtor(s)

   _____
   Printed Name of Attorney for Debtor(s)

   _____
   Firm Name

   _____
   Address

   _____
   Telephone Number

   _____
   Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Authorized Individual

   _____
   Printed Name of Authorized Individual

   _____
   Title of Authorized Individual

   _____
   Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

X

B 1D (Official Form 1, Exhibit D) (12/08)

# UNITED STATES BANKRUPTCY COURT

In re _Myrna Hardy_    Case No._____
      Debtor    *(if known)*

### EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

B 1D (Official Form 1, Exh. D) (12/08) – Cont. Page 2

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

   ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
   ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
   ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: *[signature]*
Date: 12-1-09

Schedule D- CREDITORS Holders

## Capital One
Payment Options Change options
Funding ~~Paid and Closed~~ CHECKING
Memo:
Payment option: Recurring
Amount: $145.00
Frequency: Once a Month (default)
Start payments on: 06/26/2006
End payments on: 08/25/2006

## Discover card
Memo: Acc# 6011007838845765
Annual % Rate: 21.24%
Phone: 1-800-347-2683
Mailing Address: PO box 6103, Carol Stream IL 60197-6103
PO Box 15316, Wilmington IL, DE 19850
Balance: $2,732.65

## HP Shopping
Payment Options Change options
Funding ~~Paid and Closed~~ CHECKING
Memo:
Payment option: Recurring
Amount: $52.00
Frequency: Once a Month (default)
Start payments on: 07/03/2006
End payments on: 08/01/2006

## NICOR GAS
Payment Options Change options
Funding account: PERSONAL FREE CHECKING
Acc# 37-47-77-1000 0 Due Date: 10/09
Phone: 1800-310-0566
Mailing Address: PO Box 310, Aurora, IL 60507-0310
Bal: 480.00
Memo: Applied for LIHEAP

## Pellettieri & Associates, LTD
Payment Options Change options
Funding account: PERSONAL FREE CHECKING
Memo: Ref. # 3146597 Amount owed $158.51
Pay ~~Paid and Closed~~
Am
Frequency: Once a Month (default)
Start payments on: 06/23/2006
End payments on: 08/22/2006

## SAM'S CLUB
Acc#771 4 150748985405 Due Date: 30/09
Annual % Rate: 27.97%
Phone: 1800-964-1917
Mailing Address: PO Box 530942, Atlanta, GA 30353-0942
Inquiries Address: PO Box 981064, El Paso, TX 79998-1064
Balance: $2,180.32
Memo:

## St. Alexius Medical Center
Payment Options Change options
Funding account: PERSONAL FREE CHECKING
Memo: financial services acc# F007582281
Pay
Am  Paid and Closed
Frequency: Once a Month (default)
Start payments on: 06/20/2006
End payments on: 12/20/2006

## U.S. Dept. of Education
Memo: Student Loan ace# 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 Amounts: $50.00
Frequency: Once a Month - Start payments on: 06/28/2006
Phone: 800-848-0979
Add: PO Box 5609, Greenville TX, 75403

## VILLAGE OF STREAMWOOD
Payment Options Change options
Funding account: PERSONAL FREE CHECKING
Memo: Water & Sewer acc#274-0087-00-00
Payment option: Recurring
Amount: $30.00
Frequency: Once a Month (default)
Start payments on: 06/13/2006
End payments on: Continue payments indefini

## T-Mobile
PO BOX 742596
CINCINNATI, OH 45274-2596
acc#420876042
Payment Options - Manual

## Best Buy Reward Zone Program MasterCard (HSBC bank)
Acc# 5156-2500-0329-8306 - Bal: 2,400.18
Due Date: 03/09  - Annual % Rate: 14.240%
Phone: 1800-419-4959
Mailing Address: PO Box 17051, Baltimore MD 21297-1051
Inquiries Address: PO Box 80045, Salinas CA 93912-0045
PO Box 5253, Carol Steam IL, 60197

## Citizens Automobile Finance, Inc.
Acc# 2720198965 due date: 24/09
Annual % Rate: 9.990%
Phone: 1877-265-3278
Mailing Address: PO Box 42113 Providence, RI 02940-2113
Inquiries Address: PO Box 42002 Providence, RI 02940-2002
Bal: 13,120.17  12,414.07

## Direct Loans
Acc# XXX-XX-1256 due date: 7/09
Annual % Rate: %
Phone: 1800-848-0979
Mailing Address: US Dept. of Ed - PO Box 530260 Atlanta, GA 30353-0260
Bal: 766.64

## Center For Physical Health
Acc# 6398HM00
Phone: 847-301-8585
Mailing Address: 2201 W. Schaumburg Rd, Schaumburg, IL 60107
Bal: 314.66

## Arnold R. DeAngelis, DDS, Ltd.
445 W. Jackson Ave. Suite 104
Naperville, IL 60540
Phone: 630-961-585
Chart No. HA0056 Balance $458.70

## St. Alexius Medical Center
**Collections: RCS – Revenue Cycle Solutions, Inc**
Acc# F00028456663 Service date: 6/06/09 Balance; $31.00
Acc# F00028330512 Service date: 5/15/09 Balance; $103.30
Phone: 1-877-409-6063
Mailing Address: 21219 Network Place, Chicago IL 60673-1212
Check Payable to: Saint Alexius Medical Center
**Harris & Harris, LTD;** 222 Merchandise Mart Plaza, Suite 1900, Chicago, IL 60654
Phone: 866-850-4912
Acc# F00026568907 Balance $364.90
Acc# F00027599083 Balance $131.75
**Alex Bros Behavioral HLTH Hospital** acc# 247682 Bal. $20.00

## City of Chicago Dept. of Revenue
Ticket # 0056863254 Notice Number; 501722580
Balance $120.00
Ticket # 0018374917 Notice Number; 501722580
Balance $60.00

Mailing Address: PO Box 88292, Chicago IL 60680-1292

## US Cellular (Portfolio Recovery Associates)
Account # 960510737 Bal: $1,297.95
Account #960476093   Bal: $548.71
Phone; 1800-772-1413
Mailing Address: 120 Corporate Boulevard, Norfolk, VA 23502

## Village of Streamwood Police Dept Traffic Division
**(Northwest Collectors Inc)** Ticket # P. 00135478 $50.00
Phone: 847-255-1904
Mailing Address: 3601 Algonquin Rd, Suite 232, Rolling Meadows, IL 60008-1519

## Village of Schaumburg Police Dept
**(Professional Account Management, LLC – Collection Service Dept)**
Ticket # 000683740 acc#10728925
Balance $240.00
Phone: 877-501-9923
Mailing Address: PO Box 391, Milwaukee WI, 53201-0391

## Bastian Voice Institute (Merchants Credit Guide Co. acc# 4357)
File# 08-092920014 Bal. $220.50
File#804047_ _ _ _  Bal. $53.00
Executive Office: Suite 900, 223 W. Jackson Blvd., Chicago IL, 60606
Phone: 888-249-3811

## Malcolm Gerald & Associates
Acc# 5511287 Bal. $80.00
332 So. Michigan Ave., Suite 600, Chicago IL, 60604

## Account Recovery Services
Acc# D26321_ _ _ _   Balance $483.00
Phone: 414-479-3800
Add: 3031 N. 114th St, Wauwatosa WI, 53222

## Asset Management Out
Acc# 6111_ _ _ _   Balance $465.00
Phone: Not Listed
Add: 401 Pilot Ct Ste A, Waukesha WI, 53188

## Verizon Wireless  (Charge Off)
Acc# 8852084130_ _ _ _
Phone: 800-852-1922   Balance $721.00
Add: 1515 Woodfield Rd Ste 140, Schaumburg IL, 60173

## Biehl & Biehl (Chicago Sun Times Circulation)

Acc# 4810335 Bal: $7.00
Phone: 800-837-2434
Add: PO Box 67410, Carol Stream IL, 60188-7410

## Pitroda Medical LLC
Acc# 14   Bal: $14.90
Phone: 708-532-6029
Add: PO Box 967 Tinley Park IL, 60477-0967

## Advocate Medical Group
Acc# 1000611976   Bal: $25.00
Phone: 847-390-5900   Fax: 847-390-5450
Add: 701 Lee St. Des Plaines IL, 60016
PO Box 92523, Chicago IL, 60675-2523

## Midwest Emergency Associates LLC
Acc# 135399   Refer# 2292465   Bal: $8.30
Phone: 800-574-1731
Add: PO Box 5963, Carol Stream IL, 60197

## Greater Elgin Emergency Specialist LTD ( Creditors Collection Bureau)
File# 2754074   Client ID#183253.0
Bal: 378.00
Phone: 815-928-6553   888-400-6028
P.O. Box 63, Kankakee, Il. 60901-0063

## Poplar Creek Public Library District
Id: 21339001829305   Bal: 62.00
Phone: 630-837-6800
Add: 1405 S. Park Blvd. Streamwood, Il. 60107-2997

## Clerk Of The 18th Judicial Circuit Court
Case# 2009TR116366
Fine$85.00

## Olympic Chiropractic & Physical Therapy
Acc#2394   Bal: $30.00
Phone: 630-833-4437
Add: 533 So. York Rd. Ste D, Elmhurst IL.60126-3951